UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : **3:09-md-02100-DRH-PMF** |
| | : **MDL No. 2100** |
| | : |
| | : Judge David R. Herndon |
| | : |

This Document Relates to:

BRENDA HILL,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10001-DRH-PMF

---

TAMRA HICKS,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10002-DRH-PMF

---

ANAYA BLUIETT,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10005-DRH-PMF

---

LESLIE WOOD,

    Plaintiff

v.                                                   Case No.
                                                      3:09-cv-10006-DRH-PMF

BAYER CORPORATION et al.,

    Defendants

_____

JILL FENDER,
as Special Administrator and Surviving Parent of the Estate of Melissa A. Fender, Deceased

    Plaintiff

v.                                                   Case No.
                                                      3:09-cv-20036-DRH-PMF

BAYER CORPORATION et al.,

    Defendants

_____

PATRICIA DEVINE,

    Plaintiff

v.                                                   Case No.
                                                      3:09-cv-10007-DRH-PMF

BAYER CORPORATION et al.,

    Defendants

_____

LINDA FRANKLIN,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10004-DRH-PMF

_____

REBECCA TYLER,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10011-DRH-PMF

_____

KERRY SIMS,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10012-DRH-PMF

_____

BRANDY KINNEY,

    Plaintiff

v.

BAYER CORPORATION et al.,

    Defendants

Case No.
3:09-cv-10050-DRH-PMF

------------------------------------------------------------   X

This matter is before the Court on Plaintiffs' motions for leave to amend their complaints for the sole purpose of adding Bayer Schering Pharma AG as a named defendant. Upon consideration of each of these motions, the Court hereby ORDERS as Follows:

In member case number **3:09-cv-10001**, Plaintiff, Brenda Hill's, Motion for Leave to File First Amended Complaint (3:09-cv-10001 Doc. 69) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10002**, Plaintiff, Tamra Hicks', Motion for Leave to File First Amended Complaint (3:09-cv-10002 Doc. 61) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10005**, Plaintiff, Anaya Bluiett's, Motion for Leave to File First Amended Complaint (3:09-cv-10005 Doc. 43) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10006**, Plaintiff, Leslie Wood's, Motion for Leave to File First Amended Complaint (3:09-cv-10006 Doc. 43) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-20036**, Plaintiff's Motion for Leave to File First Amended Complaint (3:09-cv-20036 Doc. 39) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10007**, Plaintiff, Patricia Devine's, Motion for Leave to File Second Amended Complaint (3:09-cv-10007 Doc. 47) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10004**, Plaintiff, Linda Franklin's, Motion for Leave to File Second Amended Complaint (3:09-cv-10004 Doc. 45) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10011**, Plaintiff, Rebecca Tyler's, Motion for Leave to File Second Amended Complaint (3:09-cv-10011 Doc. 42) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10012**, Plaintiff, Kerry Sims', Motion for Leave to File Second Amended Complaint (3:09-cv-10012 Doc. 73) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

In member case number **3:09-cv-10050**, Plaintiff, Brandy Kinney's, Motion for Leave to File Second Amended Complaint (3:09-cv-10050 Doc. 39) is **GRANTED.** Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

**SO ORDERED:**

/s/   David R Herndon

Chief Judge
United States District Court                              DATE: May 10, 2010